JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| TRAYVEYON GONSOULIN, | Case No. 2:21-cv-06386-AB-AGR |
|---|---|
| Plaintiff, | **ORDER DISMISSING CIVIL ACTION** |
| v. | |
| JONATHAN TORSNEY, et al., | |
| Defendant. | |

The Court has been advised that this action has been settled.

The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: March 24, 2022

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.